Philip R. Wooten
Arizona State Bar No. 007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile:  (480) 598-4331
*Counsel for Defendant Trans Union LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AMY FAULK,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, TRANS UNION LLC, a Delaware limited liability company, and FIRST PREMIER BANK, a South Dakota corporation, and BRIDGECREST f/k/a DRIVE TIME AUTOMOTIVE GROUP, INC., a Delaware corporation,<br><br>　　　　　　　Defendants. | Case No.: CV-16-1907-PHX-SRB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC, ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Trans Union LLC, in the above-captioned case, have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1  DATED: August 1, 2016.

2                                       **PHILIP R. WOOTEN P.C.**

3                                       By  /s/  Philip R. Wooten

4                                       Philip R. Wooten
                                       Arizona State Bar No. 007006

5                                       philip.wooten@azbar.org

6                                       Philip R. Wooten PC
                                     3413 E. Equestrian Trail

7                                       Phoenix, AZ 85044-3403
                                     Telephone: (480) 598-4330

8                                       Facsimile:  (480) 598-4331

9                                       Counsel for Trans Union LLC

8128370.1/SP/83057/2344/080116

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of August, 2016, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Trinette G. Kent | Jonathan Adam Dessaules |
| tkent@kentlawpc.com | jdessaules@dessauleslaw.com |
| Kent Law Offices | Dessaules Law Group |
| 10645 N. Tatum Blvd, Suite 200-192 | 5353 N 16th St., Suite 110 |
| Phoenix, AZ 85028 | Phoenix, AZ 85016 |
| (480) 247-9644 | (602) 274-5400 |
| (480) 717-4781 Fax | (602) 274-5401 Fax |
| ***Counsel for Plaintiff*** | ***Counsel for Experian Information Solutions, Inc.*** |
| | |
| Charity A Olson | Victoria Lea Orze |
| colson@olsonlawpc.com | Dickinson Wright PLLC |
| Olson Law Group | vorze@dickinsonwright.com |
| 2723 S. State Street, Suite 150 | 1850 N Central Ave., Suite 1400 |
| Ann Arbor, MI 48104 | Phoenix, AZ 85004 |
| 734-222-5179 | (602) 220-4542 |
| 866-941-8712 Fax | (602) 244-1441 Fax |
| ***Counsel for First Premier Bank*** | ***Counsel for Bridgecrest*** |

And I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None

By  /s/  Philip R. Wooten

8128370.1/SP/83057/2344/080116