# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-01907-PHX-SRB<br><br>**ORDER** |

Defendant Trans Union LLC having filed a Notice of Settlement [Doc. 31];

IT IS ORDERED that this matter will be dismissed as to Defendant Trans Union LLC only with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 2nd day of August, 2016.

_____
Susan R. Bolton
United States District Judge