TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Amy Faulk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk, | Case No.: 2:16-cv-01907-SRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation, Trans Union, LLC, a Delaware limited liability company, First Premier Bank, a South Dakota corporation, and Bridgecrest f/k/a Drive Time Automotive Group, Inc., a Delaware corporation. | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: August 10, 2016                KENT LAW OFFICES


By: ___/s/   Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Amy Faulk