Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
5353 North 16th Street, Suite 110
Phoenix, Arizona  85016
602.274.5400 (t)
602.274.5401 (f)
jdessaules@dessauleslaw.com

*Local-Counsel for Defendant Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>Trans Union, LLC,<br>First Premier Bank and<br>Bridgecrest f/k/a Drive Time Automotive Group, Inc.,<br><br>　　　　Defendants. | **CASE NO. 2:16-cv-01907-SRB**<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE |

　　　　Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian, only, be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED:  August 18, 2016


/s/ Trinette G. Kent
TRINETTE G. KENT
KENT LAW OFFICES
10645 North Tatum Boulevard
Suite 200-192
Phoenix, Arizona  85028
*Attorney for Plaintiff*

/s/ Jonathan A. Dessaules
JONATHAN A. DESSAULES
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, Arizona  85016
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Trinette G. Kent, Esq. | Victoria Lea Orze, Esq. |
| tkent@kentlawpc.com | vorze@dickinsonwright.com |
| | |
| Charity A. Olson, Esq. | Philip R. Wooten, Esq. |
| colson@olsonlawpc.com | pwooten1@cox.net |

/s/ Jenna Pitchel