IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>Trans Union, LLC,<br>First Premier Bank and<br>Bridgecrest f/k/a Drive Time Automotive Group, Inc.,<br><br>        Defendants. | **Case No. 2:16-cv-01907-SRB**<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., Only, with Prejudice,

IT IS HEREBY ORDERED that Defendant Experian be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 18th day of August, 2016.

_____
Susan R. Bolton
United States District Judge