TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Amy Faulk*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk,<br><br>   Plaintiff,<br><br> vs.<br><br>Experian Information Solutions, Inc., et al.,<br><br>   Defendants. | Case No.:  2:16-cv-01907-SRB<br><br><br>**NOTICE OF PARTY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONLY** |

  NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Trans Union, LLC, in the above-captioned case have reached a settlement.  The parties anticipate filing a

1

Stipulation of Dismissal with Prejudice as to Defendant Trans Union, LLC, ONLY,

pursuant to Fed. R. Civ. P. 41(a) within 60 days.

 DATED: August 25, 2016                    KENT LAW OFFICES


                                           By:   /s/   Trinette G. Kent
                                           Trinette G. Kent
                                           Attorneys for Plaintiff,
                                           Amy Faulk