**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Amy Faulk,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Trans Union, LLC, First Premier Bank and Bridgecrest f/k/a Drive Time Automotive Group, Inc.<br><br>　　　　　　　Defendants. | CASE NO: cv-16-01907-SRB<br><br>**ORDER GRANTING BRIDGECREST'S MOTION TO COMPEL ARBITRATION** |

　　　Bridgecrest Acceptance Corporation having filed a Motion to Compel Plaintiff to pursue her dispute with that party in Arbitration pursuant to an Arbitration Agreement, Plaintiff having filed a Notice of Non-opposition to Bridgecrest's Motion, and the Court finding good cause,

　　　**IT IS HEREBY ORDERED** granting Bridgecrest's Motion to Compel Arbitration as to Plaintiff's dispute with Bridgecrest only;

　　　**IT IS FURTHER ORDERED** dismissing Bridgecrest from this matter without prejudice.

　　　Dated this 8th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge