TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Amy Faulk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk, <br><br> Plaintiff, <br><br> vs. <br><br> First Premier Bank, a South Dakota corporation, <br><br> Defendant. | Case No.: CV-16-01907-PHX-SRB <br><br> **JOINT REPORT ON SETTLEMENT TALKS** |

The remaining parties, Amy Faulk and First Premier Bank, through their respective counsel have engaged in good faith settlement talks, but were unable to resolve this matter. Assistance from the Court is not needed in seeking settlement of the case.

Respectfully Submitted,                    Dated: January 11, 2017


 /s/ Trinette G. Kent                       /s/ Charity A. Olson
TRINETTE G. KENT                           CHARITY A. OLSON
KENT LAW OFFICES                           OLSON LAW GROUP
Attorney(s) for Plaintiff                  Attorney for Defendant First Premier
10645 N. Tatum Blvd.,                      2723 S. State., Suite 150
Suite 200-192                              Ann Arbor, MI 48104
Phoenix, AZ 85028                          (734) 222-5179
(480) 247-9644                             colson@olsonlawpc.com
tkent@kentlawpc.com