Charity A. Olson
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
Bar No.: MI P68295
Tel: (734) 222-5179
Fax: (866) 941-8712
colson@olsonlawpc.com

*Attorneys for Defendant,*
First Premier Bank

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk, | Case No.: 2:16-cv-01907-SRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Experian Information Solutions, Incorporated, Trans Union, LLC, First Premier Bank, and Bridgecrest, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Amy Faulk and Defendant First Premier Bank stipulate to dismiss this action, with prejudice, each party to bear its own fees and costs. This stipulation is accompanied by a proposed form of order.

Dated: March 21, 2017

| | |
|---|---|
| /s/ Trinette G. Kent (with consent) | /s/ Charity A. Olson |
| Trinette G. Kent | Charity A. Olson |
| Kent Law Offices | Olson Law Group |
| 10645 N. Tatum Blvd., Ste. 200-192 | 2723 S. State St., Ste. 150 |
| Phoenix, AZ 85028 | Ann Arbor, MI 48104 |
| Tel: (480) 247-9644 | Tel: (734) 222-5179 |
| tkent@kentlawpc.com | colson@olsonlawpc.com |