# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Faulk,<br><br>         Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Incorporated, Trans Union, LLC, First Premier Bank, and Bridgecrest,<br><br>         Defendants. | Case No.: 2:16-cv-01907-SRB<br><br>**ORDER OF DISMISSAL** |

The Court, having considered Plaintiff Amy Faulk and Defendant First Premier Bank's Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own fees and costs.

Dated this 22nd day of March, 2017.

_____
Susan R. Bolton
United States District Judge

1